IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ORANGE COUNTY SHERIFFS
FRATERNAL ORDER OF POLICE
LODGE #93 AND SCOTT RENAUX,

     Appellants,

                              Case No.  5D21-2601

v.                              LT Case No. 2020-CA-003053


JOHN W. MINA, IN HIS OFFICIAL
CAPACITY AS ORANGE COUNTY SHERIFF,

     Appellee.

_____/

Decision filed September 6, 2022

Appeal from the Circuit Court
for Orange County,
Donald A. Myers, Jr., Judge.

Heidi B. Parker, of Egan, Lev & Siwica,
P.A., Orlando, for Appellants.

Marc A. Sugerman and Howard M. Waldman,
of Allen, Norton & Blue, P.A., Winter Park, for
Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, TRAVER and WOZNIAK, JJ., concur.